No. 12–7204.   AVITIA-RUIZ v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 12–7205.   BREHM v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 12–431.   SUNBEAM PRODUCTS, INC., DBA JARDEN CONSUMER SOLUTIONS v. CHICAGO AMERICAN MANUFACTURING, LLC.   C. A. 7th Cir.   Motion of International Trademark Association for leave to file brief as *amicus curiae* granted.   Certiorari denied.

No. 12–567.   MYRIE v. UNITED STATES.   C. A. 11th Cir.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 12–586.   INSTITUTO COSTARRICENSE DE ELECTRICIDAD v. UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 12–6623.   CHEN v. SIEMENS ENERGY INC.   C. A. 11th Cir. Certiorari denied.   JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–7065.   HENRY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 12–7068.   HORNE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7073.   RUDAJ v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7081.   FLORES v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7091.   BRIDESON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   JUSTICE SOTOMAYOR took no part in the con-